UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____8th_____ DIVISION

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 8 2021

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

James M. Johnson _____

2301 Hickornut Court _____

Little Rock, AR 72211 _____
        (Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO. 4:21-cv-579-DPM
(case number to be supplied by the assignment clerk)

United States Postal Service _____

5420 Kavanaugh Blvd _____

Little Rock, AR 72201 _____
        (Name of defendant or defendants)

This case assigned to District Judge *Marshall*
and to Magistrate Judge *Harris*

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1.      This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for

employment discrimination.  Jurisdiction is specifically conferred on the Court by  42 U.S.C.

§2000e-5.    Equitable  and  other  relief  are  also  sought  under  42  U.S.C.  §2000e-5(g).

2.      Plaintiff,  James M Johnson _____, is  a
                                  (name of plaintiff)
citizen of the United States and resides at 2301 Hickorynut  Court _____,
                                                        (street address)
_____Little Rock_____, _____Pulaski_____, _____Arkansas_____, _72211_ ,
        (city)                    (county)              (state)            (ZIP)
_501-612-0394_____ .
    (telephone)

3.      Defendant, _____United States Postal Service_____ , lives  at, or its
                                  (name of defendant)
business is located at _____5420 Kavanaugh Blvd_____ , _____Little Rock_____ ,
                                  (street address)                          (city)
_____Pulaski_____ , _____Little  Rock_____ , _72207_____ .
    (county)                (state)              (ZIP)

4.      Plaintiff  sought  employment  from  the  defendant  or  was  employed  by  the

defendant at _____5420 Kavanaugh Blvd_____ , _____Little Rock_____ ,
                         (street address)                                    (city)
___Pulaski_____ , _____Arkansas_____ , ____72207____ .
      (county)                  (state)                        (ZIP)

5.      Defendant discriminated against plaintiff in the manner indicated in paragraphs 9

and 10 of the complaint on or about _____April 18, 2018_____ .
                                          (month)            (day)            (year)

6.      Plaintiff filed charges against the defendant with the Equal Employment

Opportunity Commission charging defendant with the acts of discrimination indicated in

paragraphs 9 and 10 of this complaint on or about _____October 2, 2019_____ .
                                                         (month)    (day)    (year)

7.      The Equal Employment Opportunity Commission issued a Notice of Right to Sue

which was received by plaintiff on _____March 30, 2021_____ , a copy of which notice
                                        (month)    (day)    (year)
is attached to this complaint.

8.      Because of plaintiff's (1) ___✗___ race, (2) ___✗___ color, (3)___✗___ sex,

(4) _____ religion, (5) _____ national origin, defendant:

        (a) _____ failed to employ plaintiff.

        (b) _____ terminated plaintiff's employment.

        (c) _____ failed to promote plaintiff.

        (d) Age _____

        _____

        _____

        _____

        _____

9.      The circumstances under which the defendant discriminated against plaintiff were

as follows: Because of Plaintiff's membership in the protected classes noted above, he was

subjected to conduct and harassment by his employer so offensive that it altered the conditions

of his employment from the perspective of a reasonable person in his position.   The

harassing conduct by the employer was pervasive to the degree that it created a hostile work

environment.   As a member of the protecgted classes noted above, Plaintiff experienced

unwelcome conduct by the employer due to his membership in the protected classes, which

had the effect of unreasonably interfering with his work performance, creating an intimidating,

hostile, and offensive work environment, for which liability is imputed to his employer.

10.   The acts set forth in paragraph 9 of this complaint:

(a) _____ are still being committed by defendant.

(b) _____ are no longer being committed by defendant.

(c) ___**X**___ may still be being committed by defendant.

11.   Plaintiff attaches to this complaint a copy of the charges filed with the Equal

Employment Opportunity Commission which charges are submitted as a brief statement of the

facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

(a) _____ Defendant be directed to employ plaintiff, and

(b) _____ Defendant be directed to re-employ plaintiff, and

(c) _____ Defendant be directed to promote plaintiff, and

(d) ___**X**___ Defendant be directed to Compensate Plaintiff for damages

and that the Court grant such relief as may be appropriate, including injunctive orders, damages,

costs and attorney's fees.

_____
SIGNATURE OF PLAINTIFF



**UNITED STATES**
**POSTAL SERVICE**

# UNITED STATES POSTAL SERVICE
## EQUAL EMPLOYMENT OPPORTUNITY
### CASE
## IN THE MATTER OF:

**JAMES M JOHNSON**
**2301 HICKORYNUT CT**
**LITTLE ROCK AR 72211-4572**
Complainant,

Vs.

**Louis DeJoy**
**Postmaster General**
**Respondent**
**Southern Area**
**U.S. Postal Service**

USPS Tracking # Complainant : <u>9114 9023 0722 4362 6839 81</u>

EEOC Case No. : 490-2020-00126X
Agency Case No : 4G-720-0003-20
Date Filed : 12/27/2019

# NOTICE OF FINAL ACTION

In accordance with Title 29, Code of Federal Regulations, Part 1614.110(a), this is the U.S. Postal Service's Notice of Final Action in your complaint of discrimination identified above.

On March 23, 2021, Administrative Judge Joseph M. Crout of the Equal Employment Opportunity Commission (EEOC) issued a decision that was received by the Postal Service on March 24, 2021.

I have reviewed the entire record, including the investigative file and I agree with the Administrative Judge that you have not shown that you were the victim of illegal discrimination.  Consequently, I have decided to implement the decision of the AJ.

## APPEAL TO THE EEOC

You have the right to appeal the Postal Service's final decision to the Director, Office of Federal Operations, within 30 calendar days of your receipt of this decision. You may file your appeal by several alternative methods. You may use the EEOC's Public Portal located at https://publicportal.eeoc.gov/, where you can also upload selected documents, and manage your personal and representative information. You may mail your written appeal to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 77960, Washington, DC 20013-8960 or submit by facsimile to (202) 663-7022. If you elect to file an appeal by fax or mail you must use Form 573, a copy of which is enclosed. Any supporting statement or brief must be submitted to the EEOC within 30 calendar days of filing the appeal. **If you use EEOC's Public Portal to file an appeal or submit a brief, you will select USPS Field Areas and Regions as your agency.** Further if you use the Public Portal you do not need to serve a copy to the agency. If you mail or fax your request for an appeal, you must also submit a copy of the appeal or brief to the National EEO Investigative Services Office, NEEOISO - FAD, USPS, P.O. Box 21979, Tampa FL 33622-1979 and submit proof to the EEOC that a copy of the appeal and any supporting documentation or brief were also submitted to the NEEOISO.

You are advised that, if you file your appeal beyond the 30-day period set forth in the Commission's regulations, you should provide an explanation as to why your appeal should be accepted despite its untimeliness. If you cannot explain why your untimeliness should be excused in accordance with 29 C.F.R. 1614.604, the Commission may dismiss the appeal as untimely.

## Right to File Civil Action

Alternatively, if you are dissatisfied with the Postal Service's final decision in this case, you may file a civil action in an appropriate U.S. District Court within 90 calendar days of your receipt of the Postal Service's final decision, within 90 calendar days of the EEOC's final decision on any appeal, or after 180 days from the date of filing an appeal with the EEOC if no final decision has been rendered. If you choose to file a civil action, that action should be captioned:

### JAMES M JOHNSON V. LOUIS DEJOY, POSTMASTER GENERAL

You may request the court to appoint an attorney for you and to authorize the commencement of that action without the payment of fees, costs, or security. Whether these requests are granted or denied is within the sole discretion of the District Judge. Your application must be filed within the same 90-day time period for filing the civil action.

*Edwin Bermudez*                                         3/30/2021

EEO Services Analyst
PO Box 21979
Tampa FL  33622-1979

Enclosure: Appeal Form 573

cc:   Joseph M. Crout, Administrative Judge
      Memphis District Office
      1407 Union Ave, Suite 901
      Memphis TN 38104-3672

      Gwendolyn E. Murray
      EEO Litigation Unit USPS Law Department
      1720 Market St., Rm. 2400
      St. Louis MO 63155-9948

# EEO Contact Summary / James Johnson

Preferred Contact Number: 5016120394
Best Time to Call: 6:00 PM - 12:00 Midnight

## Selected Office

Office: 4G720:ARKANSAS CS DISTRICT

## Alleged RMO(s)

**Name: John Gentry**
Job Title: null
Address: 600 E. Capitol
City: Little Rock
State: AR
ZIP: 72201
Phone: 5013755073
Email: paula.r.mcdore@usps.gov

**Name: Verconia Mitchell**
Job Title: Supervisor
Address: 5420 Kavanugh Blvd
City: Little Rock
State: AR
ZIP: 72207
Phone: 5016665126
Email: veronica.s.mitchell@usps.gov

**Name: Marvin Pointer**
Job Title: Station Manager
Address: 5420 Kavanugh Blvd
City: Little Rock
State: AR
ZIP: 72207
Phone: 5016615126
Email: marvin.l.pointer@usps.gov

**Name: Tim Marion**
Job Title: Manager Post Office Operations
Address: 600 E. Capitol
City: Little Rock
State: AR
ZIP: 72201
Phone: 5013755073
Email: paula.r.mcdore@usps.gov

**Name: Paula McDore**
Job Title: Postmaster

00239

Address: 600 E. Capitol
City: Little Rock
State: AR
ZIP: 72201
Phone: 5013755073
Email: paula.r.mcdore@usps.gov

## REDRESS® / Anonymity / Extension

REDRESS®: Yes
Anonymous: No
Extension: No

## Grievance/MSPB Appeal/Section 650 Appeal

Previous Grievance: Yes (Date: 09/27/2019)
MSPB Appeal: No
Section 650 Appeal: No

## Representative Information

No Representative Added

## Claims

**Claim Type:** Harassment - Non-Sexual
**Incident Date:** 09/27/2019
**Bases/Basis:**
General:Color
National Origin:Other
General:None Specified
Religion:Christian
Sex:Male
General:Age
Race:Black, Not of Hispanic Origin

**Summary Of Issue:** I am constantly being harassed weekly / daily monthly since Apr 2018 to Aug 2019 regarding Mystery Shopper and evaluations. I'm also being harassed about my denim pants when my co-workers wear leggings with designs in them and nothing has been said to her.

**Remedy Requested:** Compensatory damages.

## Documents

File Name: EEO Statement 9.29.docx

## Rights and Responsibilities

Rights and and Responsibilities: Acknowledged