IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES M. JOHNSON                                              PLAINTIFF

v.                          No. 4:21-cv-579-DPM

UNITED STATES POSTAL SERVICE                                  DEFENDANT

## ORDER

Johnson has paid the filing fee. *Doc. 1.* The next issue is service of process. The Clerk must issue summons to the United States Postal Service through United States Postmaster General Louis DeJoy, 475 L'Enfant Plaza, SW Room 4012, Washington, DC 20260. The Clerk must provide copies of the summons, the complaint, and this Order to the Marshal, who is directed to serve process on Postmaster General DeJoy, as well as on the United States Attorney for the Eastern District of Arkansas and the United States Attorney General, without prepayment of fees. The Marshal must complete service by certified mail, restricted delivery, return receipt requested.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

7 July 2021