IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES M. JOHNSON                                                           PLAINTIFF

v.                              No. 4:21-cv-579-DPM

UNITED STATES POSTAL SERVICE                              DEFENDANT

JUDGMENT

Johnson's complaint is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

24 January 2024